JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

    Plaintiff,

v.

**Malaquias B. Lopez; Ruth Lopez**; and Does 1-10,

    Defendants.

**Case:** 8:14-CV-01755-AG-DFM

**STIPULATED JUDGMENT – ORDER**

Pursuant to the Stipulated Judgment is entered into by and between Plaintiff Chris Langer ("Langer"), on the one hand, and the Defendants Malaquias B. Lopez and Ruth Lopez ("Defendants") on the other hand, this Court Orders:

1) Within 30 days of this judgment being signed, Defendants shall pay damages of $2,000 to Plaintiff.

2) Defendant shall pay Plaintiff reasonable attorneys' fees as determined by the Court via Noticed Motion. Defendant shall bear his own fees and costs.

3) The Court maintain jurisdiction over this matter for the purposes of enforcing this Stipulated Judgment and determining the amount of reasonable fees and costs.

4) All future dates are hereby vacated.

IT IS SO ADJUDGED AND ORDERED.

DATED: 10/13/2015

    _____
    Andrew J. Guilford
    UNITED STATES DISTRICT JUDGE